IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:  12-cr-00169-RBJ | Date:  February 10, 2014 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter:  N/A | Probation:  Katrina Devine |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Barbara S. Skalla* |
| v. | |
| 6.  MILTON BRADLEY GAREWAL<br>**Defendant(s)** | *John S. Tatum* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     1:01 p.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [292] Defendant's Motion to Approve Appeal Waiver Provision in Proposed Plea Agreement is GRANTED.

   [371] Defendant's Motion for Non-Guideline or Variant Sentencing is GRANTED IN PART.

   [385] Government's Motion Regarding U.S.S.G. Section 3E1.1(b) is GRANTED.

   [463] Defendant's Supplemental Motion for Non-Guideline or Variant Sentencing is GRANTED IN PART.

Court RECOMMENDS that defendant receive credit for all time served in custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility that has RDAP and RECOMMENDS the defendant be placed at FMC in Rochester.

**ORDERED:** Defendant shall be **imprisoned** for **66 months** as to Count Five of the Superseding Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **5 years.**

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall not illegally possess controlled substances. Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Government's oral motion to dismiss remaining counts is GRANTED.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:** 2:12 p.m.          Hearing concluded.          Total time:    01:11